UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

QUENTIN M. NEAL,

                Plaintiff,

v.                                             Case No. 25-cv-0734-bbc

TONYA WESNER,

                Defendant.

## DECISION AND ORDER

Quentin Neal is incarcerated at Waupun Correctional Institution and representing himself in this 42 U.S.C. §1983 case. He is proceeding on an Eighth Amendment claim based on allegations that Defendant APNP Tonya Wesner was deliberately indifferent to his heel pain when she persisted in a course of treatment that he repeatedly informed her was ineffective. *See* Dkt. No. 8. On November 4, 2024, Neal filed a motion asking the Court to exercise supplemental jurisdiction over a state law medical negligence/malpractice claim against APNP Wesner based on the allegations in his complaint. The Court will grant Neal's motion. *See* 28 U.S.C. §1367(a).

**IT IS THEREFORE ORDERED** that Neal's motion asking the Court to exercise supplemental jurisdiction over a medical negligence/malpractice claim against APNP Wesner (Dkt. No. 17) is **GRANTED**.

Dated at Green Bay, Wisconsin on November 25, 2025.

                                              s/ *Byron B. Conway*
                                              BYRON B. CONWAY
                                              United States District Judge